# United States District Court
## For The Western District of North Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ANDREW BLANKENSHIP, JR. | **FILED**<br>ASHEVILLE, N. C.<br><br>JUN 0 9 2005<br><br>U.S. DISTRICT COURT<br>W. DIST. OF N. C. | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses)<br><br>Case Number: 2:05cr27<br><br>Carla Wood for Reid Brown<br>Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) ONE
- [ ] pleaded guilty to violation(s)
- [ ] pleaded not guilty to count(s)
- [ ] pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:13; NCGS 14-277.1 | Communicating Threats | April 01, 2005 | ONE |

- [ ] Counts(s) (is)(are) dismissed on the motion of the United States.
- [ ] Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- [ ] Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for **FORTY-FIVE (45) DAYS**. This sentence is suspended and the defendant is placed on UNSUPERVISED PROBATION for a period of **ONE (1) YEAR**, under standing general conditions and the following SPECIAL CONDITIONS:

1. Not violate any state, federal, or local laws;
2. Do not consume or use any alcohol during the period of suspended sentence;
3. Do not threaten or go on or about the person of Officer David Owen;
4. Write letter of apology to Officer David Owen within 20 days of said judgment;
5. Pay a fine in the amount of $500 and $10 assessment. Fine and assessment due June 09, 2005.

If the defendant violates the terms and conditions of his unsupervised probation and the sentence herein is activated, then the defendant shall be entitled for credit of two days spent in pretrial confinement.

Defendant's Soc. Sec. No.:

Date of Imposition of Sentence: June 09, 2005

_____
Signature of Judicial Officer

Defendant's Mailing Address:

Date: June 9, 2005

**RETURN**

I have executed this Judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal